JS6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTER DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JACK ALMOBARKAH AND IFTEKHAR KHOULI, Plaintiffs | ) | Case No. 2:25-cv-10942-RGK-SK |
| | ) | |
| v. | ) | ~~PROPOSED~~ **JUDGMENT** |
| | ) | |
| MARCO RUBIO, ET Al., Defendants | ) | Hon. R. Gary Klausner<br>United States District Judge |

**~~PROPOSED~~ JUDGMENT**

Plaintiffs, Jack Almobarkah and Iftekhar Khouli, filed their complaint on November 14, 2025. Defendants failed to answer the operative Complaint, and Plaintiffs moved for Default Judgment on May 20, 2026. The Court granted Plaintiffs' Motion for Default Judgment on Jul 7, 2026, and ordered Defendants to adjudicate Plaintiffs' DS-260 visa application within 14 days.

Defendants adjudicated form DS-260 on June 23, 2026, and filed their Status Report on July 20, 2026. (*See* ECF No. 48).

After considering all evidence submitted by both parties, the Court finds that Plaintiffs are entitled to the relief sought in the operative Complaint, and the Motion and Order for Default Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgement shall be entered for the Plaintiffs and against Defendants as set forth in and in accordance with the Order for Plaintiffs' Motion for Default Judgment date July 7, 2026.

IT IS SO ORDERED

Date: **8/4/2026**

Honorable Judge R. Gary Klausner
United State District Court Judge